JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ARNAULD SAMMY KAMANA,
Petitioner,
v.
KRISTI NOEM, *et al.*,
Respondents.

Case No. 5:26-cv-02371-FLA (SP)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, the court hereby GRANTS Petitioner Arnauld Sammy Kamana's (A# 209-026-210) Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 (Dkt. 1) and ENTERS Judgment in Petitioner's favor.

IT IS SO ADJUDGED.

Dated: July 16, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge